IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MONICA REGINA HAWKINS**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-1173-L** |
| | § | |
| **AT&T,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court is Defendant AT&T Inc.'s Third Motion to Dismiss for Failure to State a Claim (Doc. 40), filed January 17, 2013, which was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 5, 2013, recommending that Defendant's motion to dismiss be granted and this case be dismissed with prejudice. Also before the court is Plaintiff's Motions Requesting Judge to Deny AT&T's Third Motion to Dismiss for Failure to State a Claim (Docs. 43, 44), filed March 26, 2013, and April 30, 2013; and Plaintiff's Motion "Requesting Case Be Moved to Supreme Court" (Doc. 50), filed August 15, 2013.

No objections to the Report were filed by Plaintiff. After reviewing the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. The court therefore **grants** Defendant AT&T Inc.'s Third Motion to Dismiss for Failure to State a Claim (Doc. 40), and **dismisses with prejudice** this action. Further, the court **denies as moot** Plaintiff's Motions Requesting Judge to Deny AT&T's Third Motion to Dismiss for Failure

to State a Claim (Docs. 43, 44) and Plaintiff's Motion "Requesting Case Be Moved to Supreme Court" (Doc. 50). The court will enter a judgment in favor of Defendant by separate document pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**It is so ordered** this 23rd day of August, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge